**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHAN SAETERN, an individual, and on behalf of others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br><br>MCLANE/SUNEAST, INC,, a Texas Corporation doing business as MCLANE SUNEAST, INC.; MCLANE COMPANY, INC,, a Texas Corporation; MCLANE BEVERAGE DISTRIBUTION, INC., a Texas corporation; MCLANE FOODSERVICE DISTRIBUTION, INC., a North Carolina corporation; MCLANE FOODSERVICE, INC., a Texas corporation; MCLANE INTERSTATE WAREHOUSE, INC., a Texas corporation; MCLANE/WESTERN, INC., a Colorado corporation; JOSE TORRES, an individual, and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | CASE NO. 1:24-cv-01000-KES-BAM<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE DEFENDANTS' RESPONSIVE PLEADING DEADLINE** |

# **ORDER**

On August 27, 2024, the parties filed a stipulation to extend Defendants' deadline to respond to the initial complaint by not more than 28 days pursuant to Local Rule 144(a), continuing the deadline to September 26, 2024.  (Doc. 5.)  On September 19, 2024, the parties filed their stipulation to extend Defendants' deadline to respond to Plaintiff's complaint to October 10, 2024, noting that the parties were further meeting and conferring regarding issues Defendants intend to raise in anticipated motions regarding transfer of this action to the Central District and Plaintiff's potential dismissal of certain of the *Specially Appearing* Defendants. (Doc. 6.)

Having reviewed and considered the Parties' Stipulation to Continue Defendants' Responsive Pleading Deadline, and good cause appearing for the relief requested therein, the Stipulation shall be and hereby is GRANTED as follows, using the same defined terms as defined and used in the Stipulation:

1. Defendants' deadline to serve and file any answer, motions, or other pleadings responsive to Plaintiff's Complaint shall be and hereby is further extended to October 10, 2024; and

2. By entering into this Stipulation, the Parties do not waive and expressly reserve all claims, defenses, and challenges in this action, including, without limitation, as to Plaintiff's Complaint and/or service of process thereof, the appropriate venue, and/or the Court's jurisdiction over the *Specially Appearing* Defendants.

IT IS SO ORDERED.

Dated:   **September 20, 2024**            /s/ Barbara A. McAuliffe            
UNITED STATES MAGISTRATE JUDGE