**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHAN SAETERN, an individual, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MCLANE/SUNEAST, INC,, a Texas Corporation doing business as MCLANE SUNEAST, INC.; MCLANE COMPANY, INC,, a Texas Corporation; MCLANE BEVERAGE DISTRIBUTION, INC., a Texas corporation; MCLANE FOODSERVICE DISTRIBUTION, INC., a North Carolina corporation; MCLANE FOODSERVICE, INC., a Texas corporation; MCLANE INTERSTATE WAREHOUSE, INC., a Texas corporation; MCLANE/WESTERN, INC., a Colorado corporation; JOSE TORRES, an individual, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 1:24-cv-01000-KES-BAM<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO FURTHER CONTINUE DEFENDANTS' RESPONSIVE PLEADING DEADLINE TO FACILITATE ONGOING SETTLEMENT DISCUSSIONS** |

**ORDER**

Having reviewed and considered the Parties' Stipulation to Further Continue Defendants' Responsive Pleading Deadline to Facilitate Ongoing Settlement Discussions (the "Stipulation"), and good cause appearing for the relief requested therein, the Stipulation shall be and hereby is GRANTED as follows, using the same defined terms as defined and used in the Stipulation:

1. Defendants' existing deadline to serve and file any answer, motions as described in the Stipulation, or other pleadings responsive to Plaintiff's Complaint shall be and hereby is further extended to November 26, 2024; and

2. By entering into the Stipulation, the Parties do not waive and expressly reserve all claims, defenses, and challenges in this action, including, without limitation, as to Plaintiff's Complaint and/or service of process thereof, the appropriate venue, and/or the Court's jurisdiction over the *Specially Appearing* Defendants.

IT IS SO ORDERED.

Dated: **November 7, 2024**         /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE