# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAN SAETERN, an individual, and on behalf of others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>MCLANE/SUNEAST, INC,, a Texas Corporation doing business as MCLANE SUNEAST, INC.; MCLANE COMPANY, INC,, a Texas Corporation; MCLANE BEVERAGE DISTRIBUTION, INC., a Texas corporation; MCLANE FOODSERVICE DISTRIBUTION, INC., a North Carolina corporation; MCLANE FOODSERVICE, INC., a Texas corporation; MCLANE INTERSTATE WAREHOUSE, INC., a Texas corporation; MCLANE/WESTERN, INC., a Colorado corporation; JOSE TORRES, an individual, and DOES 1 through 100, inclusive,<br><br>        Defendants. | CASE NO. 1:24-cv-01000-KES-BAM<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE THE PARTIES' DEADLINE TO FILE APPROPRIATE DISMISSAL PAPERWORK TO FACILITATE SETTLEMENT** |

**ORDER**

Having reviewed and considered the Parties' Stipulation to Continue the Parties' Deadline to File Appropriate Dismissal Paperwork to Facilitate Settlement (the "Stipulation"), and good cause appearing for the relief requested therein, the Stipulation shall be and hereby is GRANTED. The Parties' deadline to file appropriate papers to dismiss the action shall be and hereby is extended to February 25, 2025.

IT IS SO ORDERED.

Dated: __December 18, 2024__     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE